STATE OF NEBRASKA, APPELLANT, V. JAMES C. BAIRD, APPELLEE.
471 N.W.2d 756

Filed July 19, 1991.   No. 91-082.

Joe Kelly, Deputy Lancaster County Attorney, for appellant.

No appearance for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

CAPORALE, J.
This case duplicates the situation presented in *State v. Baird, ante* p. 724, 472 N.W.2d 203 (1991), and is therefore controlled by the same rules and dismissed for the same reason.

APPEAL DISMISSED.